```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

                Plaintiff,

     -v-                                    07-CV-14 (CONSENT)

$46,420.46 UNITED STATES CURRENCY,

                Defendant

---

**ORDER**

WHEREAS, on January 7, 2008, plaintiff moved this Court pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure to strike the claim and answer filed by John Dobrzanski;

AND WHEREAS, by Order dated January 9, 2008, this Court directed the claimant to file a response to plaintiff's motion by January 29, 2008.  The Order further included an Irby notice to claimant's counsel;

AND WHEREAS, claimant nor his counsel have responded to plaintiff's motion to strike and neither have sought an extension to file a response;

AND WHEREAS, on February 15, 2008, claimant's counsel failed to appear for argument of the motion to strike and for a status conference and has not contacted the Court to reschedule these proceedings;

NOW, THEREFORE, it is hereby ORDERED, that the Claim (Document No. 12) and the Answer (Document No. 11) of John Dobrzanski be stricken from the docket by the Clerk of the Court; and it is further

ORDERED, that a Judgment of Default be entered against the defendant currency and it is hereby

ORDERED, that the defendant currency in the amount of $46,420.46 United States currency is hereby forfeited to the United States of America pursuant to Title 31, United States Code, Sections 5317 and 5332 to be disposed of according to law; and it is further

ORDERED, that any claims to the defendant currency are hereby forever barred.

DATED:  Buffalo, New York, February 19 , 2008.

_/s/ Hugh B. Scott_
HONORABLE HUGH B. SCOTT
UNITED STATES MAGISTRATE JUDGE